IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

ROBERT CLARENCE BRAMLETT,   )
   )
          Petitioner   )
   )
     vs.   )     No. CIV-07-430-C
   )
JUSTIN JONES, et al.,   )
   )
          Respondents   )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on two Reports and Recommendations (R&Rs) (Dkt. Nos. 17 & 18) entered by the United States Magistrate Judge on June 27, 2007. The court file reflects that no party has objected to the R&Rs within the time limits prescribed. Therefore, the Court adopts the R&Rs in their entireties.

Accordingly, the Report and Recommendation (Dkt. No. 17) of the Magistrate Judge is adopted and the Oklahoma Attorney General is dismissed; the Report and Recommendation (Dkt. No. 18) is adopted and this case is dismissed as untimely. A judgment will enter accordingly.

IT IS SO ORDERED this 31st day of July 31, 2007.

ROBIN J. CAUTHRON
United States District Judge